IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| WILLIAM R. DEAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TUGALO GAS COMPANY, INC., et al.,<br><br>　　　　Defendants. | Civil Action No.<br><br>2:17-cv-209-RWS |

## ORDER

This case comes before the Court on Plaintiff's Motion to Voluntarily Dismiss Remaining Claims Without Prejudice pursuant to FED. R. CIV. P. 41(a)(2) [Doc. 154] and following the mandate of the Eleventh Circuit Court of Appeals [Docs. 150, 151, 153]. Plaintiff represents in his Motion that he does not wish to pursue his remaining equitable claims, Counts V, VIII, and XII in his Amended Complaint. Defendants have not filed a response, and the time for responding to the Motion has expired. Accordingly, Plaintiff's Motion is granted as unopposed. See LR 7.1(B), N.D. GA.

　　It is **ORDERED** that Plaintiff's Motion [Doc. 154] is **GRANTED**.

It is further **ORDERED** that Plaintiff's Claims, including Count V for judicial dissolution, Count VIII for an accounting, and Count XII seeking appointment of an auditor, are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED** this 29th day of June, 2021.

*/s/ Richard W. Story*
_____
**RICHARD W. STORY**
United States District Judge